UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DON DAVIS**                                                    **CIVIL ACTION**

**VERSUS**                                                       **NO. 08-574**

**SHERIFF MARLIN GUSMAN, ET AL.**                                **SECTION: "A"(1)**

**O R D E R**

    The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

    **IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

    February 28, 2008

                                                                  UNITED STATES DISTRICT JUDGE